PD-0346-15

In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

Daniel Vasquez Dominguez
v.
The State of Texas

From Appeal No. 11-12-00349-CR
Trial Court Cause No. 13674-B
Taylor County

FILED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

Motion
Requesting Suspension of Number of Copies for Petition
for Discretionary Review, Pursuant to Tex. R. App. Proc. Rule 2

To The Honorable Judges of The Court of Criminal Appeals:

Comes now, Daniel Vasquez Dominguez, Petitioner, as an indigent, prose litigant, and files this Motion Requesting the Court to suspend the number of copies for his redrawn Petition for Discretionary Review. In support of this motion appellant shows the Court the following:

I.

The Petitioner's case involves a wrongful conviction in the 104th District Court of Taylor County, Texas for the offense of aggravated sexual assault of Child, In cause

(1)

No. 13674-B, styled <u>State of Texas vs. Daniel Dominguez</u>.

The Petitioner has filed a Motion seeking forensic and DNA testing from the victim that was pregnant at the time of petitioner's trial, under <u>Tex. Code Crim. Proc., art. 64.01.</u> The Petitioner appealed the trial court's order, and the Eleventh Court of Appeals affirmed its decision on <u>February 27, 2015</u>.

## II.

Petitioner does not have the sources or the funds to provide this Court with the amount of copies required by <u>rule 9.3, Tex. R. App. Proc.</u>; Petitioner makes his request in the interest of justice and to be able to present his case to this Court.

## III.

The Neal Unit, Petitioner's place of confinement does not provide prisoner's copies of any legal documents for the Courts, and Petitioner is limited to indigent supplies each month.

## IV.

Petitioner informed this Court in previous filings that were stricken from the Court. That in the attempt to provide the required contents for his PDR of an appendix of the Court of Appeal's Opinion, some pages were missing in their return back. Petitioner has been making arrangements to provide another copy of the Court of Appeal's opinion. Petitioner does not have access to a computer for electronic filing of 11 copies, Petitioner has included this motion with his P.DR. for the Court's consideration, on the suspension of the number of copies, pursuant to T.R.A.P. rule 2).

(2)

Wherefore, Petitioner prays this Court grant this motion for the suspension of rule 9.3 and allow his petition for discretionary review before this Court.

Respectfully Submitted,

Daniel Vasquez Dominguez

Daniel Vasquez Dominguez
Petitioner, pro se
TDCJ-ID #. 1355946
Neal Unit
9035 Spur 591
Amarillo, Texas 79107

## Certificate of Service

I certify that a true and correct copy of the foregoing Motion Requesting Suspension of Number of Copies for Petition for Discretionary Review, has been placed in the U.S. Postal Service, postage prepaid, first class to the: Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711, on this the 26 day of August, 2015.

Daniel Vasquez Dominguez
Petitioner, pro se

(3)

## Inmate's Declaration

I, Daniel Vasquez Dominguez, TDCJ# 1355966 being presently incarcerated in the Neal Unit of the Texas Department of Criminal Justice, in Potter County, Texas verify and declares under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 26 day of August 2015.

Daniel Vasquez Dominguez
Neal Unit, TDCJ# 1355966
Petitioner, prose

(4.)